# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 50227 | **DATE** | 2/14/2013 |
| **CASE TITLE** | DeKalb County, et al. vs. Federal Housing Finance Agency, et al. | | |

**DOCKET ENTRY TEXT:**

For the reasons set out in this court's opinion in the related case Fannie Mae, et al. v. Hamer, et al., 3:12-cv-50230, slip op. at 1-8 (N.D. Ill. Feb. 13, 2013), the defendants' motion to dismiss [17] is granted and the complaint is dismissed. All other motions are denied as moot. This case is closed.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|